UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSE BERMUDEZ,
                                    Plaintiff,

v.                                                                     9:11-CV-0947 (MAD/DEP)

C.O. WAUGH,
                                    Defendant.
_____

### ORDER

      **IT IS HEREBY ORDERED**, that Plaintiff's Request for Production of Documents and Exhibits of Mandatory Disclosures (Dkt. No. 15) in the above-entitled action shall be stricken from the docket for the following reasons and will not be considered by the Court:

[ x ]    Pursuant to Local Rule 26.2, the Court does not accept the filing of discovery materials, such as, Interrogatories, Document Requests, unless the Court specifically directs such documents be filed or when submitted in support of a motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure.  Since the Court has not directed the filing of Discovery in this action, nor is Plaintiff's submission in support of a motion filed pursuant to Rule 37, neither discovery materials nor certificates of service regarding the same are to be filed with the Court.

           Additionally, the Clerk of Court is directed to return the originals of mandatory disclosures to the plaintiff that were provided to the Court with his submission.  The Plaintiff is advised that he should maintain the original of any documents submitted to the Court for filing and to provide only copies of the same.

Dated:  February 28, 2012

                                                          _____
                                                          David E. Peebles
                                                          U.S. Magistrate Judge

Note: A copy of this Order has been served upon the parties to this action.